HARRINGTON MANUFACTURING CO., INC. a North Carolina corporation, Plaintiff,

v.

POWELL MANUFACTURING COMPANY, INC. a North Carolina corporation, Petitioner-Defendant.

Misc. No. 19.

United States Court of Appeals, Federal Circuit.

June 22, 1983.

---

5. *See* note 2, *supra.*

George M. Sirilla, Raymond F. Lippitt, W. Warren Taltavull, Cushman, Darby & Cushman, Washington, D.C., for Powell Mfg. Co., Inc.

Harvey B. Jacobson, Jr., Fleit, Jacobson & Cohn, Washington, D.C., for Harrington Mfg. Co., Inc.

\* Circuit Judge Friedman took no part in the

## ORDER

Having considered *in banc* \* the PETITION FOR PERMISSION TO APPEAL UNDER 28 U.S.C. SECTION 1292(b) presented by Powell Manufacturing Co., Inc., and noting the absence from the Federal Courts Improvement Act, Public Law 97–164, of a grant of jurisdiction to consider interlocutory appeals on questions certified to this court by a district court under 28 U.S.C. § 1292(b), it is ORDERED:

That the Petition be, and it is hereby, denied for lack of jurisdiction.

consideration and denial of the petition.